UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

VICKEY MERCER                                                                                              Plaintiff

v.                                                                                          Civil Action No. 4:23CV-119-RGJ

WAL-MART STORES EAST, LIMITED                                                                        Defendant
PARTNERSHOP

\* \* \* \* \*

## ORDER

The Court, having been advised by counsel that settlement has been reached on all matters in this case [DE 29], **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order.  The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

October 10, 2024

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:  Counsel of Record